# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

## LETTER ROGATORY [1]

| 1 REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY<br><br>United States District Court<br>Southern District of New York | 2 CASE: 15-cv-5551-DAB<br>MMA Consultants 1, Inc.<br>Plaintiff<br>v<br>The Republic of Peru<br>Defendant |
|---|---|
| 3 CENTRAL AUTHORITY OF THE STATE OF ORIGIN<br><br>Process Forwarding International<br>633 Yesler Way<br>Seattle, WA. 98104 USA | 4 CENTRAL AUTHORITY OF THE STATE OF DESTINATION<br><br>Supreme Court of Justice<br>Paseo de la Republica<br>SN Lima 1, Peru |
| 5 REQUESTING PARTY<br><br>MMA Consultants 1, Inc.<br><br>c/o Counsel to the Requesting Party | 6 COUNSEL TO THE REQUESTING PARTY<br><br>Patrick J. Ahern<br>Ahern and Associates, P.C.<br>70 West Madison Street, Suite 1400<br>Chicago, IL 60602 USA |

PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY

Rick Hamilton
Process Forwarding International
633 Yesler Way
Seattle, WA 98104 USA
Tel: 206 521 2970, Fax: 206 224 3410
rickh@pfiserves.com

---

[1] Complete the original and two copies of this form; if A (1) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
*Delete if inapplicable.

1

The Central Authority signing the letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the protocol to the Inter-American Convention on Letters Rogatory:

\* A.  Requests their prompt service on: THE REPUBLIC OF PERU, c/o Direccion Nacional de Justica, Calle Escipion Llona 350, Miraflores, Lima 18, Peru

The undersigned authority requests the service be carried out in the following manner:

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention; or

_____
_____
_____
_____

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B.  Requests the delivery of the documents listed below to the following judicial or administrative authority:

Authority: _____
_____
_____

\* C.  Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate of the attached Form C.

Done at _____ this _____ date of _____, 20___

_____
Signature and stamp of the
judicial or other adjudicatory
authority of the State of origin

_____
Signature and stamp of the
Central Authority of the
State of origin

Title or other identification of each document to be delivered:
SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS

## ANNEX TO THE ADDITIONAL PROTOCOL
## TO THE INTER-AMERICAN CONVENTION OF LETTERS ROGATORY

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE [1]

To THE REPUBLIC OF PERU

You are hereby informed that you are being notified of the institution against you of civil lawsuit.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

## ADDITIONAL INFORMATION
## I*
## FOR SERVICE

A.  The document being served on you (original or copy) concerns the following: Plaintiffs claim for civil damages against you.

The remedies sought or the amount in dispute is as follows: Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

By this service, you are requested: To answer to the accompanying Summons

\* In case of service on you as a defendant you can answer the complaint to Plaintiff's attorney as directed in the accompanying Summons.

If you fail to comply, the consequences might be: Plaintiff may be awarded the judgment they seek without further notice to you.

The documents listed in Part III are being furnished to you so that you may better understand and defend your interests.

3

## III
## LIST OF ATTACHED DOCUMENTS

SUMMON IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS

Done at _____ this _____ day of

_____, 20 _____

_____  _____
Signature and stamp of the  Signature and stamp of
judicial or other adjudicatory  the Central Authority
authority of the State of origin  of the State of Origin

ANNEX TO THE ADDITIONAL PROTOCOL
TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION [1]

To: _____
_____
_____
(Name and address of judicial or other adjudicatory authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

*   A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

    Date: _____

    At (Address) _____

By one of the following methods authorized by the Convention.

*  (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above mentioned Convention, or

    _____
    _____

*  (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent.

*  (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination; (Specify method used)

    _____
    _____
    _____
    _____

---

[1] Complete the original and one copy in the language of the State of destination.
*Delete if inapplicable

\*   B.   That the documents referred to in the letter rogatory have been delivered to:

Identity of person _____

_____

Relationship to the addressee _____

(Family, business or other)

_____

\*   C.   That the documents attached to the Certificate have not been served or delivered for the following reason(s):

_____

_____

\*   D   In conformity with the Protocol, the party requesting execution of the letter rogatory is requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

Done at _____ the _____ day of _____ 20___

_____
(Signature and stamp of Central Authority of the State of destination)

Where appropriate, attach originals or copies
of any additional documents proving service
or delivery, and identify them

\*Delete if inapplicable