# CERTIFICATE OF INDEBTEDNESS OF PERU

**1,000**  |  1875  |  1875  |  **1,000**

## BEARING SEVEN PER CENT INTEREST PER ANNUM IN GOLD.

Whereas the Congress of Peru has authorized the Executive by a Resolution adopted on the 16th day of April 1875, to enter into arrangements with the Contractors for the sale of Guano in the United States of America, for the purpose of cancelling their Contract; and whereas said arrangements have resulted in a Contract being made and executed in the City of Lima in the Republic of Peru on the 24th day of April 1875 between the Government of Peru on the one part and said Contractors, that is to say, The Guano Consignment Company in the United States of America, a mercantile association duly organized and established in the said City of Lima on the other part; and whereas in the above last mentioned contract it is covenanted and stipulated that in part payment of certain indebtedness of the Government of Peru to the said Company, the Government of Peru shall issue and deliver to the said Company, certificates of Indebtedness of the value each of One Thousand Dollars, United States Gold Coin to the aggregate amount of Three Million six hundred thousand Dollars bearing interest at the rate of **SEVEN** per cent per annum, both principal and interest to be paid in United States Gold Coin, at the Office of Mess.rs Hobson, Hurtado and Company, Financial Agents of Peru in New York. Now therefore the Government of Peru hereby acknowledges itself indebted unto the Guano Consignment Company in the United States of America or Bearer in the sum of One Thousand Dollars in United States Gold coin, and promises to pay said sum of One thousand Dollars to the holder of this Certificate in the manner hereinafter to be stated, with interest accruing thereon, semiannually, at the rate of seven per cent per annum, from and after the first day of May 1875 on surrender of the annexed coupons as they may successively become due...

**$1000 Gold**

...In witness whereof I have hereunto affixed my seal of office and signature on behalf of the Government of Peru in the City of New York, on this first day of May 1875.

_[signature]_  |  _[signature]_
Financial Agents of Peru.  |  Envoy Extraordinary and Minister Plenipotentiary of Peru.

COUPON N.º 7     COUPON N.º 8

# CERTIFICATE OF INDEBTEDNESS OF PERU

**$1,000**   **1884**   **1884**   **$1,000**

— BEARING SEVEN PER CENT   INTEREST PER ANNUM, IN GOLD —

**$1000 GOLD**

Whereas the Congress of Peru has authorized the Executive by a Resolution adopted on the 16th day of April 1875, to enter into arrangements with the Contractors for the sale of Guano in the United States of America, for the purpose of cancelling their Contract; and whereas said arrangements have resulted in a Contract being made and executed in the City of Lima in the Republic of Peru, on the 24th day of April 1875, between the Government of Peru on the one part and said Contractors, that is to say the Guano Consignment Company in the United States of America, a mercantile association duly organized and established in the said City of Lima on the other part, and whereas in the above last mentioned contract it is covenanted and stipulated that in part payment of certain indebtedness of the Government of Peru to the said Company, the Government of Peru shall issue and deliver to the said Company, Certificates of Indebtedness of the value each of One Thousand Dollars, United States Gold Coin to the aggregate amount of Three Million six hundred thousand Dollars bearing interest at the rate of SEVEN per cent per annum, both principal and interest to be paid in United States Gold Coin, at the Office of Messrs. Hobson, Hurtado and Company, Financial Agents of Peru in New York. Now therefore the Government of Peru hereby acknowledges itself indebted unto the Guano Consignment Company in the United States of America or Bearer in the sum of One Thousand Dollars in United States Gold Coin, and promises to pay said sum of One Thousand Dollars to the holder of this Certificate in the manner hereinafter to be stated with interest accruing thereon, semiannually, at the rate of seven per centum from and after the first day of May 1875, on surrender of the annexed coupons as, ... ... ...

*In witness whereof I have hereunto affixed my seal of office and signature on behalf of the Government of Peru, in the City of New York, on this first day of May 1875.*

_____                                       _____
Financial Agents of Peru.                                       Envoy Extraordinary and Minister Plenipotentiary of Peru.

